# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARVIN CARRERA,
              Appellant,

vs.

CLAUDIA MONTES,
              Respondent.

No. 79744

**FILED**

DEC 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order awarding attorney fees. Eighth Judicial District Court, Clark County; Rhonda Kay Forsberg, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. In Docket No. 79571 this court dismissed the appeal on the ground that a timely tolling motion had been filed challenging the underlying judgment; the hearing on that motion was set for November 7, 2019, and it appears from the district court docket entries that the motion was orally denied on that date. However, no written order appears to have been entered. As that motion for reconsideration has not been formally resolved by a written order, the notice of appeal is premature. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]Given this order, no action will be taken on appellant's motion for stay pending appeal. Cause appearing, attorney John T. Kelleher's motion to withdraw as counsel for respondent is granted. NRAP 46.

19-51692

cc: Hon. Rhonda Kay Forsberg, District Judge
Marvin Carrera
Claudia Montes
Kelleher & Kelleher, LLC
Eighth District Court Clerk